UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM CLIFTON LEWIS,

        Plaintiff,

v.                                              Case No. 09-C-330

MR. D. C. NORTON,
Manager, U.S. Dept. of Veterans Affairs

        Defendant.

## ORDER DENYING MOTION TO RECONSIDER

The petitioner in the above matter has filed a motion seeking reconsideration of the Court's order dismissing his petition for lack of subject-matter jurisdiction. Alternatively, the Court dismissed the petition for failing to state a claim. Petitioner seeks reconsideration of the Court's previous order, or, in the alternative, requests that his motion be treated as a Notice of Appeal.

Having considered the arguments raised by petitioner, I conclude that the Motion for Reconsideration should be denied. The arguments are the same ones that the Court previously addressed in its order. Accordingly, upon denial of the motion for reconsideration, the clerk is directed to treat petitioner's motion as a Notice of Appeal and process it accordingly.

**SO ORDERED** this   28th   day of April, 2009.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge